**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: TUCKER, DEBRA ANN § | Case No. 10-72998 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 11/16/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/19/2011          By:  /s/JAMES E. STEVENS
                                                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: TUCKER, DEBRA ANN | § Case No. 10-72998 |
| | § |
| | § |
| Debtor(s) | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 45,000.00 |
| *and approved disbursements of* | $ 39,628.32 |
| *leaving a balance on hand of* [1] | $ 5,371.68 |
| **Balance on hand:** | **$ 5,371.68** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,371.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 3,388.20 | 0.00 | 3,388.20 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | 1,274.00 | 0.00 | 1,274.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 4,662.20 |
| Remaining balance: | $ 709.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 709.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 709.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,347.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 388.04 | 0.00 | 12.33 |
| 2 | OPHRYS, LLC | 795.70 | 0.00 | 25.26 |
| 3 | Chase Bank USA, N.A. | 5,475.21 | 0.00 | 173.82 |
| 4 | Marathon Petroleum Company, LLC | 756.11 | 0.00 | 24.00 |
| 5 | Chase Bank USA,N.A | 1,672.72 | 0.00 | 53.10 |
| 6 | GE Money Bank | 1,217.86 | 0.00 | 38.66 |
| 7 | PYOD LLC its successors and assigns as assignee of | 2,006.79 | 0.00 | 63.71 |
| 8 | PYOD LLC its successors and assigns as assignee of | 749.84 | 0.00 | 23.81 |
| 9 | GE Money Bank | 1,471.59 | 0.00 | 46.72 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | GE Money Bank | 7,813.67 | 0.00 | 248.07 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 709.48 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 10-72998-MB
Debra Ann Tucker                                              Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 2             Date Rcvd: Oct 12, 2011
                              Form ID: pdf006             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
db          +Debra Ann Tucker,    303 Schmidt Drive,   Hampshire, IL 60140-8273
15710004    +Alogonquin Road Surgery,    Attn: Bankruptcy Dept.,   2550 W Algonquin Rd,
              Lake in the Hills, IL 60156-3503
15709993    +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,   125 S West St,   Wilmington, DE 19801-5014
15709999    +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
15709986   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    Attn: Bankruptcy Dept.,    5225 Crooks Rd Ste 140,
              Troy, MI 48098)
15709987    +Chase,   Attn: Bankruptcy Dept.,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
16152435     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16224463    +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15799052    +Chrysler Financial Services,    c/o Attorney Kathryn A. Klein,   Riezman Berger, P.C.,
              7700 Bonhomme, 7th Floor,    St. Louis, MO 63105-1960
15710003    +Crystal Lake Orthopaedics,    Attn: Bankruptcy Dept.,   750 E Terra Cotta,   Suite C,
              Crystal Lake, IL 60014-3621
15709998   ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Webbank/DFS,    Attn: Bankruptcy Dept.,   12234 N Ih 35 Sb Bldg B,
              Austin, TX 78753)
15710002     Dell Financial Services,    Bankruptcy Department,   12334 N IH 35,   Austin, TX 78753
15709988    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
15709989    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
15709997    +Exxmblciti,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
15710001     Jupiter,   Attn: Bankruptcy Dept.,   PO Box 133377,   Philadelphia, PA 19101
16185585    +Marathon Petroleum CO,   Attn: Bankruptcy Dept.,    539 S Main St,   Findlay, OH 45840-3229
15709992    +Marathon Petroleum Company, LLC,    P.O. Box 81,   Findlay, OH 45839-0081
16107690    +OPHRYS, LLC,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
15709994    +Shell/CITI,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
15710005    +Specialty Supplies,    Attn: Bankruptcy Dept.,   479 E Business Center Dr,
              Mount Prospect, IL 60056-6037
15709990    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
15709991    +Wfnnb/LANE BRYANT,    Attn: Bankruptcy Dept.,   4590 E Broad St,   Columbus, OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16099435      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2011 05:10:44
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Lane Bryant (Spirit of America),    PO Box 248872,   Oklahoma City, OK  73124-8872
16337527      E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15709995     +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52     GEMB/JCP,   Attn: Bankruptcy Dept.,
               Po Box 984100,   El Paso, TX 79998-4100
15710000     +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52     GEMB/LOWES PC,
               Attn: Bankruptcy Dept.,    Po Box 981416,   El Paso, TX 79998-1416
15709996     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 13 2011 05:16:56     Kohls/Chase,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16185585     +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Oct 13 2011 03:47:55      Marathon Petroleum CO,
               Attn: Bankruptcy Dept.,    539 S Main St,   Findlay, OH 45840-3229
15709992     +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Oct 13 2011 03:47:55
               Marathon Petroleum Company, LLC,    P.O. Box 81,   Findlay, OH 45839-0081
16412640     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 13 2011 03:44:04
               PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3           User: vgossett              Page 2 of 2               Date Rcvd: Oct 12, 2011
                               Form ID: pdf006             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                    **Signature:**    _Joseph Speetjens_