# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: TUCKER, DEBRA ANN                              § Case No. 10-72998
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $162,425.00 *(without deducting any secured claims)* | Assets Exempt: $20,300.00 |
| Total Distribution to Claimants: $709.48 | Claims Discharged Without Payment: $33,911.05 |
| Total Expenses of Administration: $29,290.52 | |

3) Total gross receipts of $ 45,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $187,943.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,290.52 | 29,290.52 | 29,290.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,098.00 | 22,347.53 | 22,347.53 | 709.48 |
| **TOTAL DISBURSEMENTS** | $218,041.00 | $51,638.05 | $51,638.05 | $30,000.00 |

    4) This case was originally filed under Chapter 7 on June 14, 2010. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/21/2012     By: /s/JAMES E. STEVENS
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim filed - 08L489. Debtor sli | 1142-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Debra Ann Tucker | personal injury exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chrysler Financial | 4110-000 | 8,473.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 179,470.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$187,943.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 3,388.20 | 3,388.20 | 3,388.20 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | 3110-000 | N/A | 1,274.00 | 1,274.00 | 1,274.00 |
| Clark, Justen, Zucchi & Frost, Ltd. | 3210-600 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| Clark, Justen, Zucchi & Frost, Ltd. | 3220-610 | N/A | 5,982.35 | 5,982.35 | 5,982.35 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Clark, Justen, Zucchi & Frost, Ltd. | 3220-610 | | N/A | 3,618.03 | 3,618.03 | 3,618.03 |
| The Bank of New York Mellon | 2600-000 | | N/A | 27.94 | 27.94 | 27.94 |
| The Bank of New York Mellon | 2600-000 | | N/A | -27.94 | -27.94 | -27.94 |
| BNYM | 2600-000 | | N/A | 27.94 | 27.94 | 27.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 29,290.52 | 29,290.52 | 29,290.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 315.00 | 388.04 | 388.04 | 12.33 |
| 2 | OPHRYS, LLC | 7100-000 | N/A | 795.70 | 795.70 | 25.26 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 5,364.00 | 5,475.21 | 5,475.21 | 173.82 |
| 4 | Marathon Petroleum Company, LLC | 7100-000 | 709.00 | 756.11 | 756.11 | 24.00 |
| 5 | Chase Bank USA,N.A | 7100-000 | 1,585.00 | 1,672.72 | 1,672.72 | 53.10 |
| 6 | GE Money Bank | 7100-000 | N/A | 1,217.86 | 1,217.86 | 38.66 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,006.79 | 2,006.79 | 63.71 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 773.00 | 749.84 | 749.84 | 23.81 |
| 9 | GE Money Bank | 7100-000 | 1,414.00 | 1,471.59 | 1,471.59 | 46.72 |
| 10 | GE Money Bank | 7100-000 | 7,665.00 | 7,813.67 | 7,813.67 | 248.07 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Equifax | | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Lake Orthopaedics | 7100-000 | 452.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services Bankruptcy Department | 7100-000 | 4,194.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jupiter | 7100-000 | 746.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 1,831.00 | N/A | N/A | 0.00 |
| NOTFILED | Webbank/DFS | 7100-000 | 3,884.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialty Supplies | 7100-000 | 238.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays BANK Delaware | 7100-000 | 746.00 | N/A | N/A | 0.00 |
| NOTFILED | Alogonquin Road Surgery | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 30,098.00 | 22,347.53 | 22,347.53 | 709.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72998  
**Case Name:** TUCKER, DEBRA ANN  

**Period Ending:** 02/21/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/14/10 (f)  
**§341(a) Meeting Date:** 08/02/10  
**Claims Bar Date:** 12/02/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | (Debtors primary residence) SURRENDER | 155,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Bank of America. | 650.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Chase. | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods; TV, DVD player, TV stand, stere | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Personal Injury Claim filed - 08L489. Debtor sli | Unknown | 35,000.00 | DA | 45,000.00 | FA |
| 9 | Chrysler Financial - 2006 Dodge Caravan with ove | 4,525.00 | 0.00 | DA | 0.00 | FA |
| 10 | Family Pets: One dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Assets Totals (Excluding unknown values) | $162,425.00 | $35,000.00 | | $45,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 31, 2013   **Current Projected Date Of Final Report (TFR):** September 19, 2011 (Actual)

Printed: 02/21/2012 07:55 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-72998  
**Case Name:** TUCKER, DEBRA ANN  
**Taxpayer ID #:** **-***5575  
**Period Ending:** 02/21/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/11 | | Clark, Justen, Zucchi & Frost, Ltd. | personal injury settlement | | 20,399.62 | | 20,399.62 |
| | {8} | | personal injury setlement amount      45,000.00 | 1142-000 | | | 20,399.62 |
| | | | Attorney's fees - special counsel    -15,000.00 | 3210-600 | | | 20,399.62 |
| | | | reimbursement of costs to special counsel    -5,982.35 | 3220-610 | | | 20,399.62 |
| | | | Medical Lien J.P. Morgan Chase Ingenix Subro    -3,618.03 | 3220-610 | | | 20,399.62 |
| 08/30/11 | 101 | Debra Ann Tucker | personal injury exemption | 8100-002 | | 15,000.00 | 5,399.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.94 | 5,371.68 |
| 09/22/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -27.94 | 5,399.62 |
| 11/17/11 | | BNYM | | 2600-000 | | 27.94 | 5,371.68 |
| 11/18/11 | 102 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | Dividend paid 100.00% on $1,274.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,274.00 | 4,097.68 |
| 11/18/11 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $3,388.20, Trustee Compensation; Reference: | 2100-000 | | 3,388.20 | 709.48 |
| 11/18/11 | 104 | American Infosource Lp As Agent for | Dividend paid 3.17% on $388.04; Claim# 1; Filed: $388.04; Reference: | 7100-000 | | 12.33 | 697.15 |
| 11/18/11 | 105 | OPHRYS, LLC | Dividend paid 3.17% on $795.70; Claim# 2; Filed: $795.70; Reference: | 7100-000 | | 25.26 | 671.89 |
| 11/18/11 | 106 | Chase Bank USA, N.A. | Dividend paid 3.17% on $5,475.21; Claim# 3; Filed: $5,475.21; Reference: | 7100-000 | | 173.82 | 498.07 |
| 11/18/11 | 107 | Marathon Petroleum Company, LLC | Dividend paid 3.17% on $756.11; Claim# 4; Filed: $756.11; Reference: | 7100-000 | | 24.00 | 474.07 |
| 11/18/11 | 108 | Chase Bank USA,N.A | Dividend paid 3.17% on $1,672.72; Claim# 5; Filed: $1,672.72; Reference: | 7100-000 | | 53.10 | 420.97 |
| 11/18/11 | 109 | GE Money Bank | Dividend paid 3.17% on $1,217.86; Claim# 6; Filed: $1,217.86; Reference: | 7100-000 | | 38.66 | 382.31 |
| 11/18/11 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 3.17% on $2,006.79; Claim# 7; Filed: $2,006.79; Reference: | 7100-000 | | 63.71 | 318.60 |
| 11/18/11 | 111 | PYOD LLC its successors and assigns as assignee of | Dividend paid 3.17% on $749.84; Claim# 8; Filed: $749.84; Reference: | 7100-000 | | 23.81 | 294.79 |
| 11/18/11 | 112 | GE Money Bank | Dividend paid 3.17% on $1,471.59; Claim# 9; Filed: $1,471.59; Reference: | 7100-000 | | 46.72 | 248.07 |
| 11/18/11 | 113 | GE Money Bank | Dividend paid 3.17% on $7,813.67; Claim# 10; Filed: $7,813.67; Reference: | 7100-000 | | 248.07 | 0.00 |

Subtotals :    $20,399.62    $20,399.62

{} Asset reference(s)    Printed: 02/21/2012 07:55 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-72998  
**Case Name:** TUCKER, DEBRA ANN  

**Taxpayer ID #:** **-***5575  
**Period Ending:** 02/21/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **20,399.62** | **20,399.62** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **20,399.62** | **20,399.62** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,399.62** | **$5,399.62** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******94-66** | **20,399.62** | **5,399.62** | **0.00** |
| | **$20,399.62** | **$5,399.62** | **$0.00** |

{} Asset reference(s)    Printed: 02/21/2012 07:55 AM    V.12.57